1  **LAW OFFICES OF STEVEN J. PARSONS**
2  ANDREW L. REMPFER, ESQ.
   Nevada Bar No.: 8628
   Andrew@SJPlawyer.com
3  10091 Park Run Dr., Ste. #200
   Las Vegas, NV 89145-8868
4  T: (702) 384-9900
   F: (702) 384-5900
5
   Attorney for Plaintiff
6  MICHAEL CAMPOS
7
                    **UNITED STATES DISTRICT COURT**
8
                          **DISTRICT OF NEVADA**
9  MICHAEL CAMPOS, an individual,          Case No.: 2:13-cv-00218-RFB-GWF
10
                    Plaintiff,
11                                          **STIPULATION    FOR    DISMISSAL
                                            WITH PREJUDICE**
            v.
12
13 TOWN OF PAHRUMP, an un-incorporated
   town in Nye County, Nevada
14
                    Defendant.
15 _____

16         Plaintiff Michael Campos, and Defendant Town of Pahrump, by and through their

17 undersigned counsel, hereby agree to dismiss this matter, with prejudice, and with both

18 sides bearing their own attorneys' fees and costs.

19         Dated: Tuesday, August 22, 2017.

20 By:/s/ Andrew L. Rempfer_____          By:/s/ Rebecca Bruch_____

21 ANDREW L. REMPFER, ESQ.                   REBECCA BRUCH, ESQ.

22 ATTORNEY FOR PLAINTIFF                    ATTORNEY FOR DEFENDANT

23                 IT IS SO ORDERED.

24                 _____
                   RICHARD F. BOULWARE, II
25                 UNITED STATES DISTRICT COURT JUDGE

26                 DATED:  August 28, 2017._____

27



Page 1 of 1